UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00451

**Gunstream Land Corporation,**
*Plaintiff,*

v.

**Hans V. Hansen et al.,**
*Defendants.*

# FINAL JUDGMENT

On April 9, 2024, the jury returned a verdict in this action. The jury made the following findings:

- Hans V. Hansen and Karen M. Hansen caused a trespass upon Gunstream Land Corporation's property.
- Hans V. Hansen committed gross negligence.
- The sum of $745,000 will fairly and reasonably compensate Gunstream Land Corporation for its harm.
- The sum of $1,500 should be assessed against Hans V. Hansen in punitive damages for his gross negligence.
- Hans V. Hansen and Karen M. Hansen did not violate the Clean Water Act at least once on or after November 17, 2021.

It is therefore ordered that plaintiff, Gunstream Land Corporation, shall recover from defendants, Hans V. Hansen and Karen M. Hansen, individually and doing business as Hansen Construction, the following, representing the amounts awarded by the jury less any settlement credit plus prejudgment interest:

- The sum of $842,081.52 from and against Hans V. Hansen and Karen M. Hansen, jointly and severally.
- The sum of $1,905.30 from and against Hans V. Hansen.

It is further ordered that all costs of court are hereby taxed and adjudged against Hans V. Hansen and Karen M. Hansen, jointly and

severally. Gunstream Land Corporation shall file a bill of costs in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.

It is further ordered that the total amount of this judgment shall bear post-judgment interest at the current rate of 5.20% per annum from the date of entry of this judgment until paid in full pursuant to 28 U.S.C. § 1961(a). Interest shall be computed daily and shall be compounded annually.

*So ordered by the court on June 5, 2024.*

J. CAMPBELL BARKER
United States District Judge